In the Matter of: Thomas S.
KEATY II, Debtor.

Roy A. Raspanti, Appellant

v.

Thomas S. Keaty II, Appellee.

No. 07–30158
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 9, 2007.

Roy Raspanti, Metairie, LA, pro se.

Joseph Patrick Hebert, Liskow & Lewis, Lafayette, LA, John Haas Weinstein, John Haas Weinstein, Opelousas, LA, John C. Anderson, Fenet Law Firm, Baton Rouge, LA, for Appellee.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appellant Roy A. Raspanti appeals the rulings of the district court, affirming the rulings of the bankruptcy court. At the heart of the rulings of the bankruptcy court from which Raspanti appeals is the determination that the filing of the Chapter 13 Plan by Debtor/Appellee Thomas S. Keaty II was not in bad faith. We review the rulings of the bankruptcy court under the same standards as did the district court.

We have considered all rulings and orders appealed from, as well as the record on appeal, the briefs of the parties, and the applicable law. As a result, we are satisfied that neither the bankruptcy court nor the district court, sitting in appeal, erred reversibly. Accordingly, all rulings appealed from are affirmed, essentially for the reasons given by those courts.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.